| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** |  *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>LEISURE, PETER K | 2. Court or Organization<br><br>U.S.D.C. - SO. DIST. OF NY | 3. Date of Report<br><br>4/30/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR US DIST JUDGE SO DIS NY | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>500 PEARL STREET, ROOM 1910<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2007 MAY -4 A 10: 51   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 4/30/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 4/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. WYETH COM STOCK | A | Dividend | K | T | | | | | |
| 2. JP MORGAN CHASE COM STOCK | A | Dividend | J | T | | | | | |
| 3. CIGNA COM STOCK | A | Dividend | J | T | | | | | |
| 4. IBM COM STOCK | A | Dividend | J | T | | | | | |
| 5. 3M COM STOCK | A | Dividend | K | T | | | | | |
| 6. EXXON MOBIL COM STOCK | A | Dividend | K | T | | | | | |
| 7. PEPSICO COM STOCK | A | Dividend | K | T | | | | | |
| 8. EDISON INT'L COM STOCK | A | Dividend | J | T | | | | | |
| 9. UNION PACIFIC COM STOCK | A | Dividend | K | T | | | | | |
| 10. CITIBANK CHECKING | | None | K | T | | | | | |
| 11. 9.759% INT. IN DAVID WARD HEIRS OIL & GAS (WV) | E | Royalty | K | W | | | | | |
| 12. | A | Interest | | | | | | | |
| 13. 11.8962% INT. IN DAVID WARD HEIRS COAL (WV) | B | Interest | J | W | | | | | |
| 14. | C | Royalty | | | | | | | |
| 15. | | Distribution | | | | | | | |
| 16. KANAWHA & ELK RR Co. COM STOCK | | None | J | W | | | | | |
| 17. BAXTER INT'L.COM STOCK (IRA) | A | Dividend | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   S =Assessment
  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 4/30/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. FOREST LABS COM STOCK (IRA) | | None | L | T | | | | | |
| 19. FOREST LABS COM STOCK | | None | N | T | | | | | |
| 20. CAREMARK RX INC COM STOCK (IRA) | A | Dividend | J | T | PARTIAL SELL | 11/27 | J | A | |
| 21. MERCURY EXPL.CO. /QUICKSILVER PIPELINE/DOMINION (MI) | D | Royalty | K | W | | | | | |
| 22. FIRSTENERGY CORP COM STOCK | A | Dividend | J | T | | | | | |
| 23. CITIBANK SUPER YIELD MONEY MARKET | B | Interest | M | T | | | | | |
| 24. MORGAN STANLEY COM STOCK | A | Dividend | J | T | | | | | |
| 25. XEROX CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 26. CITIBANK CHECKING | | None | K | T | | | | | |
| 27. GENERAL ELECTRIC COM STOCK (IRA) | A | Dividend | K | T | | | | | |
| 28. 12.5% INT IN WARD HEIR MINERAL RIGHTS (MI) | G | Royalty | N | W | | | | | |
| 29. | A | Interest | | | | | | | |
| 30. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 31. ORACLE CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 32. ANADARKO PETE COM STOCK | A | Dividend | J | T | | | | | |
| 33. BP PLC ADS | A | Dividend | J | T | | | | | |
| 34. DIRECT TV GROUP INC. COM STOCK | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 4/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. APPLE COMPUTER COM STOCK (IRA) | | None | K | T | | | | | |
| 36. RMA NY MONEY FUND | B | Interest | K | T | | | | | |
| 37. ALLIANCE BERNSTEIN HLDG. LP | D | Distribution | M | T | | | | | |
| 38. AMER INTL GROUP INC COM STOCK (IRA) | A | Dividend | | | SELL | 07/07 | L | | |
| 39. UBS BANK USA DEP A/C (IRA) | A | Interest | K | T | | | | | |
| 40. BANK OF AMER CORP COM STOCK | B | Dividend | L | T | | | | | |
| 41. CALAMOS STRATEGIC TOTAL RETURN FUND | C | Dividend | L | T | BUY | VAR | J | | |
| 42. KAYNE ANDERSON MLP INVESTMENT | C | Distribution | L | T | BUY | VAR | J | | |
| 43. NASDAQ 100 SHARES | A | Dividend | K | T | | | | | |
| 44. CORNING INC COM STOCK (IRA) | | None | | | SELL | 01/03 | K | D | |
| 45. USTARCOM. INC COM STOCK (IRA) | | None | J | T | | | | | |
| 46. CITIBANK DEPOSIT PROGRAM | A | Interest | | | CLOSED | | | | |
| 47. CITIBANK DEPOSIT PROGRAM (IRA) | A | Interest | | | CLOSED | | | | |
| 48. FNMA BOND 3% DUE 3/2/07 | C | Interest | L | T | | | | | |
| 49. ENTERPRISE PRODUCTS PARTNER LP MLP | D | Distribution | L | T | | | | | |
| 50. KINDER MORGAN ENERGY PARTNER MLP | D | Distribution | | | SELL | 12/20 | L | B | |
| 51. MAGELLEAN MIDSTREAM PTRS LP | C | Distribution | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 4/30/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. US SHIPPING PARTNERS LP MLP | B | Distribution | | | SELL | 05/31 | K | | |
| 53. CITIGROUP COM STOCK (IRA) | | None | | | SELL | 01/20 | K | | |
| 54. EMC CORP MASS COM STOCK (IRA) | | None | J | T | | | | | |
| 55. FORD MOTOR CO COM STOCK (IRA) | A | Dividend | K | T | | | | | |
| 56. INTEL CORP COM STOCK (IRA) | A | Dividend | | | SELL | 05/30 | K | | |
| 57. JETBLUE AIRWAYS CORP COM STOCK (IRA) | | None | | | SELL | 11/15 | K | C | |
| 58. MERCK & CO COM STOCK (IRA) | B | Dividend | K | T | | | | | |
| 59. PFIZER INC COM STOCK (IRA) | A | Dividend | | | SELL | 10/24 | K | C | |
| 60. RESEARCH IN MOTION LTD COM STOCK (IRA) | | None | | | SELL | 10/12 | K | D | |
| 61. STRYKER CORP COM STOCK (IRA) | A | Dividend | K | T | | | | | |
| 62. I SHARES INC MSCI JAPAN INDEX FD (IRA) | A | Dividend | K | T | | | | | |
| 63. BANK DEPOSIT PROGRAM MORGAN STANLEY BANK | | None | J | T | OPENED | | | | |
| 64. TRANSMONTAIGNE PARTNERS LP | | None | L | T | BUY | 12/20 | L | | |
| 65. VALERO LP COM UNITS MLP | B | Distribution | L | T | BUY | 05/31 | L | | |
| 66. AMER INT'L GROUP INC COM STOCK (IRA) | | None | | | BUY | 01/03 | K | | |
| 67. | | None | | | SELL | 07/07 | K | | |
| 68. CORNING INC COM STOCK (IRA) | | None | K | T | BUY | 05/30 | K | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 4/30/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. IMCLONE SYS INC COM STOCK (IRA) | | None | K | T | BUY | 01/27 | K | | |
| 70. JOHNSON & JOHNSON COM STOCK (IRA) | | None | | | BUY | 07/07 | L | | |
| 71. | | None | | | SELL | 09/29 | L | C | |
| 72. JOHNSON & JOHNSON COM STOCK (IRA) | A | Dividend | K | T | BUY | 10/24 | K | | |
| 73. 3M CO COM STOCK (IRA) | A | Dividend | L | T | BUY | 09/29 | L | | |
| 74. I SHARES TR US ENERGY SECT INDX & FND (IRA) | A | Dividend | K | T | BUY | 10/12 | K | | |
| 75. RMA TAX-FREE FUND | D | Interest | O | T | OPENED | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Investments and Trusts

1) Assets sold in 2005 have been deleted from this year's report; all assets still on hand at 12/31/05 are listed in the same order as they appeared on last year's report.

2) Line 15 - there was no "distribution" from David Ward Heirs Coal in 2006, but the line has been left in in case there are distributions in the future.

3) Line 33 - BP Amoco PLC Sponsored ADR is now known as BP PLC ADS.

4) Line 37 - Alliance Cap Mgt Hldg LP is now known as Alliance Bernstein Hldg LP.

5) Wachovia Bank Checking A/C, reported last year on line 225, is exempt from reporting this year.

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 4/30/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date \_\_4/30/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544